**Ray F. WARREN and Katherine B. Warren, Plaintiffs/Appellants,**

v.

**MERCANTILE BANK OF ST. LOUIS, N.A., Defendant/Respondent.**

**No. ED 78166.**

Missouri Court of Appeals, Eastern District, Division One.

June 19, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 26, 2001.

Application for Transfer Denied Sept. 25, 2001.

John E. Toma, St. Louis, MO, for appellant.

Gary Mayes, James W. Erwin, Daniel C. Cox, St. Louis, MO, for respondents.

Before ROBERT G. DOWD, Jr., P.J., MARY RHODES RUSSELL, and RICHARD B. TEITELMAN, JJ.

## ORDER

PER CURIAM.

Ray F. Warren and Katherine B. Warren ("Plaintiffs") appeal from a summary judgment granted in favor of Mercantile Bank of St. Louis, N.A. ("Defendant"), on Plaintiffs' action for slander.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. We have, however, provided the parties with a memorandum setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).